AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR – 5 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-19-0528-M |
| Herbert Asdrubal SORIANO-TORRES<br>YOB: 1987  COC: El Salvador | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____<br>Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 4, 2019 _____, in the county of _____ Hidalgo _____ in the

_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 111(a)(1)<br><br>(Felony) | intentionally focibly assault, resist, oppose, impede, intimidate and interfere with Customs and Border Protection Officer I.N. who is a federal officer who was engaged in the performance of his official duties. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jesus Palomo, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 03/04/2019 _____ 8:35am

_____
Judge's signature

City and state: _____ McAllen, Texas _____

Peter E. Ormsby, U. S. Magistrate Judge
Printed name and title

Attachment A

Before the United States Magistrate Judge, Southern District of Texas, I, Jesus Palomo, Special Agent, United States Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, depose and say the following:

On March 4, 2019, United States Customs and Border Protection (CBP) requested assistance from Homeland Security Investigations (HSI) McAllen, Texas regarding the arrest of Herbert Asdrubal SORIANO-TORRES for the assault on a Federal Officer.  HSI Special Agent (SA) Jesus Palomo responded to the Hidalgo, Texas Port of Entry (POE) to investigate.

On March 4, 2019, Customs and Border Protection Officers (CBPO) assigned to the Roma, Texas Port of Entry (POE) were conducting their official duties at the mid bridge pre-inspection area, when they encountered SORIANO-TORRES, along with a group of thirteen other undocumented aliens.  During the initial inspection, CBP Officers asked SORIANO-TORRES to stop so that they could obtain proof of citizenship.  The group halted, with the exception of SORIANO-TORRES.  SORIANO-TORRES walked towards CBP Officer I.N. who verbally told SORIANO-TORRES in Spanish to stop and held his hand out and motioned SORIANO-TORRES to halt.  SORIANO-TORRES contacted CBP Officer I.N. and pushed him against the chest to move him out of the way.  CBP Officer I.N. pushed SORIANO-TORRES against the fence and attempted to stop SORIANO-TORRES from moving forward and attempted to restrain SORIANO-TORRES.  SORIANO-TORRES actively resisted and started to swing his arms to prevent CBP Officer I.N. from taking him into custody.  During the struggle, SORIANO-TORRES swung his elbow and contacted the CBP Officer I.N's nose.  After several CBP Officers responded, they were able to take SORIANO-TORRES into custody.  SORIANO-TORRES was then safely secured in handcuffs and escorted by two CBP Officers inside the Hidalgo POE for further inspection.

SORIANO-TORRES was provided a copy of his Miranda Rights in the Spanish language by HSI's Special Agents Palomo.  SORIANO-TORRES read the form out loud and stated that he understood and waived his right to have an attorney present during questioning.  During questioning, SORIANO-TORRES readily admitted that he was resisting CBPO's who were attempting to arrest him and admitted that it was his fault that the physical encounter occurred.

SORIANO-TORRES was placed under arrest and transported to the East Hidalgo Detention Center to await his initial appearance before the United States Magistrate Judge in McAllen, Texas.